```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :
        -against-                        :        17-CR-438 (VEC)
                                         :
ESFRAIN SILVA,                           :        ORDER
                                         :
                        Defendant.       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 22, 2025, Mr. Silva was arrested on state charges regarding narcotics; and

WHEREAS Probation charged Mr. Silva with nine Specifications in its February 27, 2025 Violation of Supervised Release Report.

IT IS HEREBY ORDERED that Mr. Silva must appear before the Court for a conference on Tuesday, March 4, 2025 at 1:45 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  March 3, 2025**
       **New York, NY**

                                                  **VALERIE CAPRONI**
                                          **United States District Judge**