```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

            -against-                               17-CR-438 (VEC)

   ESFRAIN SILVA,                              ORDER

                  Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Probation charged Mr. Silva with nine Specifications in its February 27, 2025 Violation of Supervised Release Report; and

      WHEREAS on March 4, 2025, Mr. Silva appeared before the Court.

      IT IS HEREBY ORDERED that the parties appear for a status conference on Wednesday, May 7, 2025 at 2:30 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties must submit a joint status report by no later than May 1, 2025.

      IT IS FURTHER ORDERED that Mr. Silva's home detention is modified to permit him to travel to and from outpatient drug treatment.

**SO ORDERED.**

**Date: March 4, 2025**
     **New York, NY**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**