```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

ESFRAIN SILVA,

                              Defendant.
-------------------------------------------------------------- X

17-CR-438 (VEC)
12-CR-298 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 12, 2025, the Court held a hearing for Mr. Silva;

    WHEREAS Mr. Silva admitted specification six of the Probation Department's Violation of Supervised Release ("VOSR") Report, dated February 27, 2025; and

    WHEREAS the Court accepted Mr. Silva's VOSR admission.

    IT IS HEREBY ORDERED that **no later than Friday, November 14, 2025**, the parties must submit a joint letter addressing (1) the date and time of Mr. Silva's sentencing in his state case, (2) whether he is likely to be remanded at the time that his state sentence is imposed, and (3) the factual circumstances underlying Mr. Silva's admission.

**SO ORDERED.**

Date: **November 12, 2025**
       **New York, NY**

                                              **VALERIE CAPRONI**
                                        **United States District Judge**